## HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL △
JONATHAN L. GOLDSTEIN △
MICHAEL EDELSON
MARGARET DEE HELLRING △
RICHARD D. SHAPIRO △
CHARLES ORANSKY △
RICHARD B. HONIG △
RICHARD K. COPLON △
ROBERT S. RAYMAR △
STEPHEN L. DREYFUSS △
JOHN A. ADLER △
JUDAH I. ELSTEIN △
BRUCE S. ETTERMAN △
MATTHEW E. MOLOSHOK △
DAVID N. NARCISO △
ROBERT B. ROSEN △
SHERYL E. KOOMER
PATRICIA A. STAIANO
RONNIE F. LIEBOWITZ
LISA P. PARKER
CHRISTY L. SAALFELD △
CHAMISE CARTER △
ERIKA P. HANDLER
JOSEPH H. TRINGALI

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5386
(973) 621-9020

FAX (973) 621-7406
www.hlgslaw.com

OF COUNSEL
PHILIP LINDEMAN II △

△NJ & NY

August 12, 2009

Hon. Jose L. Linares, USDJ
United States District Court
M.L. King, Jr. Federal Building
 and Courthouse, Room 5054
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07101-0999

**Re:  Wilen vs. Evans, et al.**
      **Case No.: 2:09-cv-3643(JLL)**

Dear Judge Linares:

We represent Omni Asset Management LLC and Avery Eisenreich in an adversary proceeding which is currently pending in the United States Bankruptcy Court, District of New Jersey, entitled <u>Bayonne Medical Center, et al v. Omni Asset Management, et al.</u>, Case No. 09-01689MS.  In that case an Answer has been filed, a scheduling order has been agreed to and discovery has commenced.

We understand that a motion is pending before Your Honor (returnable on August 17, 2009) in which certain of the defendants in the above matter seek to immediately withdraw the reference.  The pleadings contain a fourth party complaint by WithumSmith+Brown as fourth-party plaintiff against our clients, Omni Asset Management LLC and Avery Eisenreich.  Our clients have not been served and we have not appeared.  However, we recently received a copy of the pending motion.

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

Hon. Jose L. Linares        -2-        August 12, 2009

At this point, given our clients' position in the proceedings, we wish to join in the opposition to the defendants' motion to withdraw the reference. We adopt the reasons set forth by the Debtor's representative, specifically in the Memorandum of Law filed by Andrew H. Sherman, Esq. of Sills Cummis & Gross P.C. dated August 3, 2009. Given the current procedural status (and the expectation that there will be a fourth-party action properly served which will join our clients) it would be unacceptable to have to defend essentially the same litigation or action in two fora, i.e., the Bankruptcy Court (where issue has been joined) and the District Court. The Bankruptcy Court should retain jurisdiction.

Respectfully yours,

Richard K. Coplon

RKC/smb

cc: All Counsel (per attached Service List)

SERVICE LIST

Andrew H. Sherman, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
*Attorneys for Defendant
Allen D. Wilen*

David L. Bruck, Esq.
Greenbaum, Rowe, Smith
 & Davis, LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, NJ 08830-2734
dbruck@greenbaumlaw.com
*Attorneys for Defendant and Third-
Party Plaintiff
Robert H. Evans*

Robert Novack, Esq.
Mary L. Moore, Esq.
Edwards Angell Palmer & Dodge LLP
One Giralda Farms
Madison, NJ 07940
rnovack@eapdlaw.com
mmore@eapdlaw.com
*Attorneys for Defendants and
Fifth-Party Plaintiffs Brockman,
Campbell, Finnerty, Garlick,
Levine, Mill, Ward & Wozniak*

William F. Maderer, Esq.
Michael J. Grohs, Esq.
Saiber LLC
One Gateway Center, 13th Floor
Newark, NJ 07102
wmaderer@saiber.com
mgrohs@saiber.com
*Attorneys for Third-, Fourth- and
Fifth-Party Defendant Paul Mohrle*

Donald F. Campbell, Jr., Esq.
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road
P.O. Box 190
Middletown, NJ 07748
dcampbell@ghclaw.com
*Attorneys for Defendant and Fourth-
Party Plaintiff WithumSmith+Brown,
P.C.*

Paul G. Nittoly, Esq.
Frank F. Velocci, Esq.
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932
paul.nittoly@dbr.com
frank.velocci@dbr.com
*Attorneys for Third-, Fourth- and
Fifth-Party Defendant Heather Aaron*

Fred R. Gruen, Esq.
Gruen & Goldstein
1150 West Chestnut Street
Box 1553
Union, NJ 07083
*Attorney for Avery Eisenreich and
Omni Asset Management LLC*